UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARAREH AHMADI JOUZANI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN J. SULLIVAN, et al.,<br><br>Defendants. | Case No. 18-cv-02554-NC<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

On April 30, 2018, plaintiffs Sharareh Ahmadi Jouzani, Ashgar Aghasardar, and Artin Aghasardar brought this action to obtain a writ of mandamus to adjudicate an immigrant visa based on an approved Form I-360 petition. *See* Dkt. No. 1. On September 17, 2018, the Court ordered Plaintiffs to file a status report by October 1, 2018 given Plaintiffs' lack of prosecution. *See* Dkt. No. 9. Plaintiffs have not responded.

Accordingly, the undersigned ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute by October 29, 2018. If Plaintiffs fail to respond by that date, the undersigned will recommend dismissal of this case.

**IT IS SO ORDERED.**

Dated: October 15, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge